CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 6 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FREDERICK HUGHLISTOS PATTERSON, <br> Plaintiff, | ) ) ) ) | Civil Action No. 7:05-CV-00209 <br><br> **MEMORANDUM OPINION** |
| v. | ) ) | By: Hon. Glen E. Conrad |
| ROANOKE CITY JAIL, <br> Defendant. | ) ) ) | United States District Judge |

Plaintiff Frederick Hughlistos Patterson, a Virginia inmate proceeding pro se, brought an action under the Civil Rights Act, 42 U.S.C. § 1983, with jurisdiction vested under 28 U.S.C. § 1343. Patterson makes a number of allegations concerning the conditions at the Roanoke City Jail, in which he was housed. On April 11, 2005, this court directed Patterson to amend his complaint to state a claim or risk dismissal of this action. The court granted Patterson twenty days to provide this information but he has not complied. Therefore, this court dismisses this petition without prejudice for failure to comply with a court order. If Patterson wishes to pursue this matter he may refile the complaint with the required information. An appropriate order will be entered this day.

ENTER: This ____ day of May, 2005.

/s/ Glen E. Conrad
UNITED STATES DISTRICT JUDGE